IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEPHEN ROBERT GOODMAN and CHARLES JM. GREER, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> HILLSDALE COLLEGE, <br><br>    Defendant. | Case No. 1:25-cv-417-HYJ-PJG <br><br> Chief Judge: Hala Y. Jarbou <br> Magistrate Judge: Phillip J. Green |

**DEFENDANT HILLSDALE COLLEGE'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant Hillsdale College, by and through its undersigned counsel, hereby moves to dismiss Plaintiffs' Class Action Complaint (ECF No. 1, PageID.1–25) with prejudice under Federal Rule of Civil Procedure 12(b)(6) on the following ground:  Plaintiffs fail to state a claim under the Video Privacy Protection Act.

WHEREFORE, for this reason and those stated more fully in the concurrently filed brief, Defendant Hillsdale College respectfully requests that this Court grant Defendant's motion to dismiss Plaintiffs' Class Action Complaint in its entirety with prejudice.

Dated: June 30, 2025

Respectfully submitted,

*s/ Ryan J. Walsh*
Ryan J. Walsh
EIMER STAHL LLP
10 East Doty Street, Suite 621
Madison, WI  53703
(608) 620-8346
(312) 692-1718 (fax)
rwalsh@eimerstahl.com

Collin Vierra
EIMER STAHL LLP
1999 South Bascom Avenue
Suite 1025
Campbell, CA 95008
(408) 889-1668
(312) 692-1718 (fax)
cvierra@eimerstahl.com

*Counsel for Defendant Hillsdale College*