IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STEPHEN ROBERT GOODMAN and CHARLES JM. GREER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HILLSDALE COLLEGE,

Defendant.

Case No. 1:25-cv-417-HYJ-PJG

Chief Judge: Hala Y. Jarbou
Magistrate Judge: Phillip J. Green

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Defendant Hillsdale College's brief in support of its motion to dismiss is compliant with the type-volume rules of W.D. Mich. LCivR 7.2(b)(i) because, excluding the parts of the brief exempted by the rule, the brief contains 10,769 words, as calculated by Microsoft Office Word version 2504.

Dated: June 30, 2025

Respectfully submitted,

*s/ Ryan J. Walsh*
Ryan J. Walsh
EIMER STAHL LLP
10 East Doty Street, Suite 621
Madison, WI 53703
(608) 620-8346
(312) 692-1718 (fax)
rwalsh@eimerstahl.com

Collin Vierra
EIMER STAHL LLP
1999 South Bascom Avenue
Suite 1025
Campbell, CA 95008
(408) 889-1668
(312) 692-1718 (fax)
cvierra@eimerstahl.com

*Counsel for Defendant Hillsdale College*