IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STEPHEN ROBERT GOODMAN and CHARLES JM. GREER, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

HILLSDALE COLLEGE,

*Defendant*.

Case No. 1:25-cv-417-HYJ-PJG

Chief Judge: Hala Y. Jarbou
Magistrate Judge: Phillip J. Green

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Defendant Hillsdale College's reply brief in support of its motion to dismiss is compliant with the type-volume rules of W.D. Mich. LCivR 7.2(c) because, excluding the parts of the brief exempted by the rule, the brief contains 4,292 words, as calculated by Microsoft Office Word version 2506.

Dated: August 29, 2025

Respectfully submitted,

/s/ Collin J. Vierra
Collin J. Vierra
EIMER STAHL LLP
1999 South Bascom Avenue
Suite 1025
Campbell, CA 95008
(408) 889-1668
cvierra@eimerstahl.com

Ryan J. Walsh
EIMER STAHL LLP
10 East Doty Street, Suite 621
Madison, WI 53703
(608) 620-8346
rwalsh@eimerstahl.com

*Counsel for Defendant Hillsdale College*