UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN ROBERT GOODMAN, et al.,

Plaintiffs,

v.

HILLSDALE COLLEGE,

Defendant.
_______________________________________/

Case No. 1:25-cv-417

Hon. Hala Y. Jarbou

**ORDER**

In accordance with the Opinion entered this date:

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 9) is **DENIED**.

Dated: October 17, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE