UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEPHEN ROBERT GOODMAN and CHARLES JM. GREER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILLSDALE COLLEGE,<br><br>Defendants. | Case No. 1:25-cv-417-HYJ-PJG<br><br>Chief Judge: Hala Y. Jarbou<br>Magistrate Judge: Phillip J. Green |

**STIPULATED DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Stephen Robert Goodman and Charles JM. Greer, and Defendant, Hillsdale College, hereby submit this stipulated dismissal with prejudice.

Dated: February 2, 2026

/s/ Brian Levin
LEVIN LAW, P.A.
Brian Levin
brian@levinlawpa.com
Jacob Polin
jacob@levinlawpa.com
41000 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 270-7338

DIMOND KAPLAN & ROTHSTEIN, P.A.
Jeffrey B. Kaplan
jkaplan@dkrpa.com
Alex Peraza
aperaza@dkrpa.com
2665 South Bayshore Drive, PH2B
Miami, FL 33133
Telephone: (305) 374-1920

*Counsel for Plaintiffs*

/s/ Collin Vierra
Collin Vierra
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
(408) 889-1668
(312) 692-1718 (fax)
cvierra@eimerstahl.com

Ryan J. Walsh
EIMER STAHL LLP
10 East Doty Street, Suite 621
Madison, WI 53703
(608) 620-8346
(312) 692-1718 (fax)
rwalsh@eimerstahl.com

*Counsel for Defendant*